# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | ERNEST & LAURA ELENA BURRUEL | |
| **Case Number:** | 2:08-BK-10144-RTB | **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JULY 15, 2009 02:30 PM 7TH FLOOR #703 | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | |

### *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY VMORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS SERVICING LP.

**R / M #:** 22 / 0

### *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR MERS

### *Proceedings:*

Mr. McDonald requests this preliminary hearing be continued.

CLERK: CONTINUED TO AUGUST 12, 2009 AT 2:30 P.M.