Law Office of Blake D. Gunn
P.O. Box 22146
Mesa, Arizona 85205
480-710-8677

Blake D. Gunn, SBN 019112
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE<br><br>ERNEST BURRUEL, JR. AND LAURA ELENA BURRUEL,<br><br>Debtors. | Case No. 2:08-bk-10144-RTB<br><br>Chapter 13<br><br>**MOTION TO QUASH NOTICE OF DEFAULT** |
| MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., as nominee for COUNTRYWIDE HOME LOAN SERVICES, LP, its successors and/or assigns,<br><br>Movant<br><br>vs.<br><br>ERNEST BURRUEL, JR. and LAURA ELENA BURRUEL, Debtors; EDWARD J. MANEY, Chapter 13 Trustee,<br><br>Respondents | |

Debtors Ernest and Laura Elena Burruel, by and through counsel undersigned, hereby request that the Court quash the Notice of Default concerning their stipulation regarding the Motion for Relief from the Automatic Stay filed by Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loan Services, L.P. The bases for this motion follow.

      1.      The Debtors filed a Chapter 13 petition on June 8, 2008.

1

2. The Debtors own real property located at 4219 West Hatcher Road, Phoenix, Arizona. The Debtors value that property at $205,500.00. Countrywide claims a security interest in the Property. No other creditors hold a security interest in the Property.

3. After filing their bankruptcy petition, the Debtors fell behind on a payment, but attempted to make other regular monthly payment to Countrywide. Countrywide refused to accept the payment and returned it to the Debtors.

4. The Debtors entered a stipulation to catch up on unpaid post-petition payments. The Debtors have complied with their obligations under that stipulation.

5. However, the Movant has not applied all payments made under the stipulation and have instead filed a Notice of Default. The Debtors are current on their payments and are in default.

WHEREFORE the Debtor requests that the Court quash the Notice of Default.

DATED this 11th day of January 2010.

                                          /s/ Blake D. Gunn 019112
                                          Blake D. Gunn
                                          Attorney for Debtors

FILED via ECF this
11th day of January 2010

COPY of the foregoing mailed
This 11th day of January 2010 to:

Leonard McDonald
Tiffany & Bosco
2525 East Camelback Road
Third Floor
Phoenix, Arizona 85016

2

Edward J. Maney
P.O. Box 10434
Phoenix, Arizona 85064

By: /s/ Blake D. Gunn

3